O
JS-6

cc; order, docket, remand letter to Los Angeles Superior Court, Northeast District, Pasadena, 13PC 03605

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGE EQUITY INC. AS TRUSTEE FOR HOWARD TRUST #330-207,<br><br>            Plaintiff,<br><br>    v.<br><br>RAMON ARLANTE; DOES 1–10,<br><br>            Defendants. | Case No. 2:13-cv-07456-ODW(JCGx)<br><br>**ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT** |

On October 8, 2013, Defendant Ramon Arlante removed this seemingly routine unlawful-detainer matter to this Court. (ECF No. 1.) But the Court finds that it lacks subject-matter jurisdiction over this purely state-law action. The Court there **REMANDS** this case to Los Angeles County Superior Court.

Arlante alleges that this Court has federal-question jurisdiction under the Protecting Tenants at Foreclosure Act of 2009, 12 U.S.C. § 5220. But Plaintiff has brought an unlawful-detainer action against Arlante as the result of a completed trustee's sale. (Compl. ¶ 6.) An unlawful-detainer action is purely a creature of state—not federal—law. *Galileo Fin. v. Miin Sun Park*, No. 09-1660, 2009 WL 3157411, at *1 (C.D. Cal. Sept. 24, 2009) ("Here, the complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law. Thus, from the face of the complaint, it is clear that no basis for federal question jurisdiction exists.").

Whatever protection the Act provides Arlante would at best serve as an affirmative defense. And it "is settled law that a case may not be removed to federal court on the basis of a federal defense." *Hunter v. Philip Morris USA*, 582 F.3d 1039, 1042–43 (9th Cir. 2009) (internal quotation marks omitted).

Arlante also failed to establish diversity jurisdiction. In an unlawful-detainer action, the amount in controversy is the reasonable rental value of the property for the time that the defendant wrongfully holds over in possession—not the alleged loan amount. Cal. Civ. Proc. Code § 1174(b); *MCA, Inc. v. Universal Diversified Enters. Corp.*, 27 Cal. App. 3d 170, 179 (Ct. App. 1972). Plaintiff specially alleges in its Complaint that the "amount of damages claimed in this action does not exceed $10,000.00." (Compl. ¶ 1(c).) And even if the amount in controversy were met, Arlante resides in the forum state, so he cannot properly remove this action. 28 U.S.C. § 1441(b).

The Court therefore **REMANDS** this action to the Los Angeles County Superior Court, case number 13P03605. *See* 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

October 10, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**